# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Lisa Donaldson<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 1:16-cv-03156-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 18, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 20, GRANTED.
Judgment for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on Plaintiff's Motion for Summary Judgment, ECF No. 18, DENIED. Defendant's Motion for Summary Judgment, ECF No. 20, GRANTED.

Date: 9/29/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler